■ JOHN LUCENTE, Respondent, v RIVERBAY CORPORATION et al., Appellant, et al., Defendant. (And a Third-Party Action.) [844 NYS2d 701]—Appeal, as limited by the briefs, from that part of the order of Supreme Court, Bronx County (Sallie Manzanet-Daniels, J.), entered on or about December 1, 2006, which denied defendants' motion to consolidate this action with another pending in Bronx County, unanimously dismissed, without costs, as moot.

This court dismissed *Viera v Riverbay Corp.* (44 AD3d 577 [1st Dept 2007]), the action with which defendants seek consolidation. Concur—Saxe, J.P., Marlow, Buckley, Catterson and McGuire, JJ.